THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOREN H. ROCKWELL, MALCOLM A. ANGUS, EDWIN A. CARLSON and TITLE GUARANTEE AND TRUST COMPANY, Respondents.

Argued November 15, 1949; decided December 1, 1949.

558

*Frank S. Hogan, District Attorney (Whitman Knapp, William Hoppen* and *Paul A. Stone* of counsel), for appellant.

*Spencer Pinkham, Eugene A. Sherpick, William Gilbert* and *Henry F. Holthusen* for Loren H. Rockwell and others, respondents.

*Joseph V. McKee, Porter R. Chandler, Louis A. Russo, John C. O'Malley* and *Philip G. Reilly* for Title Guarantee and Trust Company, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.